PD-0962-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/24/2015 2:24:50 PM
Accepted 7/28/2015 1:34:50 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____
COURT OF APPEALS CAUSE NO. 09-13-00536-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF |
| | § | |
| V. | § | CRIMINAL APPEALS, |
| | § | |
| JESSICA SEKERKA SIEGEL | § | AUSTIN, TEXAS |

_____

**STATE'S MOTION FOR
EXTENSION OF TIME TO FILE A
PETITION FOR DISCRETIONARY REVIEW**

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its petition for discretionary review in the above-captioned case. The State would respectfully show the Court the following:

1. The appellant was charged by two separate indictments with the offense of tampering with a governmental record related to conduct occurring on December 19, 2011, in Cause No. 12-03-02809-CR and conduct occurring on March 9, 2012, in Cause No. 12-03-02754-CR. The cases were tried in a single proceeding, and the appellant entered a plea of not guilty to each indictment. The jury found her not

guilty in Cause No. 12-03-02809-CR, and guilty in Cause No. 12-03-02754-CR. The jury assessed her punishment in Cause No. 12-03-02754-CR at two years confinement in a State Jail facility, but recommended that the sentence be suspended and that the appellant be placed on community supervision. The trial court sentenced the appellant in accordance with the jury's verdict, suspended the sentence, and placed the appellant on community supervision for a period of four years.

2. The Ninth Court of Appeals reversed the appellant's conviction on June 24, 2015. Therefore the State's petition for discretionary review is due to be filed in this Court on July 24, 2015.

3. The State has not previously requested an extension of time to file its petition for discretionary review.

5. The State hereby requests a one-month extension of time to file its petition for discretionary review, until August 24, 2015.

6. Good cause exists for the requested extension of time, for the following reasons:

> In the past 30 days, the undersigned counsel for the State has been required to prepare the State's appellant brief in *Ramon Aguilar, Jr. v. The State of Texas*, Case No. 09-13-00573-CR, the State's supplemental answer to application for writ of habeas corpus, and amended proposed findings of fact and conclusions of law in *Ex parte Noel Baird Norwood*, Case No. 11-01-00582-CR-(1), the State's

answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Bruilo Rudio Mendoza*, Case No. 12-07-07741-CR-(1), the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Hoke Henry Eberhardt, Jr.*, Case No. 12-05-05302-CR-(1), Counts I and II, the State's answer to application for writ of habeas corpus, and findings of fact and conclusions of law in *Ex parte Cesar Romero*, Case No. 15-28777, the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Kevin Arthur Larson*, Case No. 12-10-11018-CR-(1), the State's motion to forward the application for post-conviction writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Terry Wilkerson*, Case No. 06-09-09388-CR-(1), the State's answer to application for writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Thomas Lee Evans*, Case No. 19180-(1), the State's proposed designation of issues in *Ex parte Gene Buentello*, Case No. 14-01-00113-CR-(1), the State's proposed designation of issues in *Ex parte Gabriel Silva*, Case No. 11-06-06274-CR-(1), and the State's proposed designation of issues in *Ex parte Willie D. Hubbard, Jr.*, Case No. 13-03-03070-CR-(1), and the State's proposed designation of issues in *Ex parte Michael Scott*, Case No. 10-03-02964-CR-(1).

In addition, undersigned counsel is assigned to serve as the prosecutor on Montgomery County's misdemeanor expunction and nondisclosure cases, and has been required to attend to numerous hearings and other duties pursuant to those assignments, and is also assigned to serve as the prosecutor on Montgomery County's mental health cases, and has been required to attend to duties pursuant to that assignment.

Further, the undersigned counsel was out of the office from July 14, 2015, through July 21, 2015, on a pre-planned vacation.

Consequently, counsel has not had sufficient time to prepare an adequate State's petition for discretionary review in this case.

THEREFORE, the State requests an extension of time to file its petition for discretionary review until August 24, 2015, in this case.

<div style="margin-left:40%">

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


/s/ Jason Larman
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24072468
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
(936) 788-8395 (fax)

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was e-mailed to the counsel for the appellant on the date of the filing of the original with the Clerk of this Court.

<div style="margin-left:40%">

/s/ Jason Larman
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas

</div>